I
**Leland Ray SMITH v. UNITED STATES of America.**
**No. 4433.**

United States Court of Appeals
Tenth Circuit.
April 22, 1952.

Horold D. Torgan, Denver, Colo., and Milton V. Backman, Salt Lake City, Utah, for appellant.

Charles S. Vigil, U. S. Atty., and Henry E. Lutz, Asst. U. S. Atty., Denver, Colo., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed April 22, 1952, per stipulation. D.C., 101 F.Supp. 87.

■
**UNITED STATES of America v. Edith K. FERGUSON et al.**
**No. 4437.**

United States Court of Appeals
Tenth Circuit.
March 24, 1952.

Ed Dupree, General Counsel, A. M. Edwards, Jr., Asst. Gen. Counsel, and Isadore A. Honig, Sp. Litigation Atty., Office of Rent Stabilization, all of Washington, D. C., and Joseph E. Babka, Office of Rent Stabilization, St. Louis, Mo., for appellant.

Stanford W. Gregory, French L. Taylor and F. Wesley Cowell, all of Denver, Colo., for appellees.

Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed March 24, 1952, on motion of appellant.